```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     JUL ? - 2006
        AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS SEGUNDO, JR.,                )
                                    )
            Plaintiff,              )   Case No. 05-1768-MJP-JPD
                                    )
      v.                            )
                                    )
                                    )   ORDER OF REMAND
JO ANNE B. BARNHART, Commissioner,  )
Social Security Administration,     )
                                    )
            Defendant.              )
_____)

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The final decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings not inconsistent with the Report and Recommendation; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this ___ day of July, 2006.

MARSHA J. PECHMAN
United States District Judge

05-CV-01768-ORD